IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:14-MJ-1023-JG-1

| | | |
|---|---|---|
| SEARCH WARRANT FOR COMMERCIAL | ) | |
| FISHING VESSEL BAILEY BOY, USCG | ) | **ORDER TO UNSEAL** |
| DOCUMENTATION NUMBER 577630 | ) | |

This case comes before the court on the motion (D.E. 6) by the government to unseal the application for search a warrant and supporting affidavit (D.E. 1) subject to certain redactions to protect personal identification information and the names of businesses. As grounds for the motion to unseal, the government represents that unsealing of the search warrant application and affidavit is necessary to allow the government to fulfill its discovery obligations in a related criminal prosecution.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk is DIRECTED to unseal the redacted copies of the search warrant application and affidavit at D.E. 7 and to permanently seal the un-redacted copies of the search warrant application and affidavit at D.E. 1. Except with respect to the permanent sealing of D.E. 1, the Clerk is further DIRECTED to unseal this matter and all other documents filed therein.

SO ORDERED, this the 18th day of February 2015.

James E. Gates
United States Magistrate Judge